UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' PENSION FUND, ET AL.,**

        **Plaintiffs,**

v.                                        Case No. 12-cv-160

**DOOR SERVICE, INC.,**

        **Defendant.**

**AMENDED ORDER AND ENTRY OF JUDGMENT
AS TO DEFENDANT DOOR SERVICE, INC.**

      Request and motion for default judgment brought by the Plaintiffs in the above-captioned action were submitted to the Court and filed with the clerk. This action having come on hearing before the Court, the issues having been duly heard, and a decision having been duly rendered, the Court orders as follows:

      1.    Defendant Door Service, Inc. has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

      2.    Defendant Door Service, Inc. violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreements by failing to pay fringe benefit contributions on behalf of its employees to the Plaintiff Funds.

3.   As a result of Defendant's failure, Plaintiffs are entitled to damages consisting of unpaid contributions, liquidated damages, interest, attorney fees, and costs.

4.   The court assesses the total damages to the Plaintiffs in the sum of $16,154.89.

**IT IS HEREBY ORDERED AND ADJUDGED** that the Plaintiffs, North Central States Regional Council of Carpenters' Pension Fund and Brian Gentry (in his capacity as Trustee), recover from the Defendant Door Service, Inc. and that the Clerk of Court is directed to enter judgment in favor of Plaintiffs and against Defendant in the amount of $16,154.89 together with interest at the rate allowed by law.

Dated at Madison, Wisconsin, this 18th day of July, 2012.

_____
Clerk of Court

_____
Deputy Clerk

Dated and approved as to form this 18th day of July, 2012.

BY THE COURT:

_____
U. S. District Court Judge